Submitted on record and briefs July 24, affirmed August 22, petition for review denied December 26, 2007 (343 Or 690)

BENJAMIN RAY CALDWELL,
*Petitioner-Appellant,*

*v.*

Jean HILL,
Superintendent,
Snake River Correctional Institution,
*Defendant-Respondent.*

Malheur County Circuit Court
05054411M; A131600

166 P3d 580

Steven Griffin filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Kathleen Cegla, Attorney-In-Charge, Collateral Remedies and Capital Appeals, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Schuman, Judge.

PER CURIAM